IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY FORRINGER, | : | |
|     Plaintiff | : | No. 2:17-cv-01272 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| SAVAGE ARMS, INC., | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 19th day of November 2018, upon notification from counsel that the parties have reached settlement in the above-captioned action, **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. The Clerk of Court is directed to **CLOSE** this case.

s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Western District of Pennsylvania
*Sitting by designation*